UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL SABINO,<br><br>                              Petitioner,<br><br>           -against-<br><br>WARDEN OF GRVC; NYC DEPT. OF CORRECTION (NYC-DOC),<br><br>                              Respondents. | 25-cv-4285 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 10, 2025, order, the Court denies Petitioner's amended petition for a writ of habeas corpus, under 28 U.S.C. § 2241, and dismisses this action without prejudice and without further leave to replead.

Because Petitioner has not made substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 12, 2025
         New York, New York

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                              United States District Judge